# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

CASE NO.:   CV-12-3466-R                           DATE: AUGUST 10, 2012

TITLE: ULTHERA INC -V- DOE COMPANY et al
==============================================================
PRESENT:

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>William Horrell</u>                                      <u>    N/A    </u>
Deputy Clerk                                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANT:

   Not present                                          Not present

PROCEEDINGS: ORDER TO SHOW CAUSE why action should not be
            dismissed for lack of prosecution

THIS MATTER IS SET ON CALENDAR FOR HEARING ON AUGUST 20,

2012 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS

ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF PLAINTIFF

TO FILE PROOFS OF SERVICE OF SUMMONS AND COMPLAINT

ON DEFENDANTS.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY;

FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.


         cc: counsel of record


**MINUTES FORM II**                                    Initials of Deputy Clerk__WH____
CIVIL - GEN                           D-M